IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


ALL AMERICAN OILFIELD ASSOCIATES, )
LLC,                                )
                         Plaintiff, )
                                    )
        vs.                         )
                                    )
TERAS OILFIELD SUPPORT, LTD.,       )
                                    )      No. 3:14-cv-0250-HRH
                         Defendant. )
_____ )


O R D E R

Case Dismissed

The parties' *Stipulation for Dismissal*,[1] filed May 11, 2015, is granted.   This

action is hereby dismissed with prejudice, each party to bear its own costs and attorney

fees.

DATED at Anchorage, Alaska, this  18th  day of May, 2015.


/s/ H. Russel Holland
United States District Judge


---

[1]Docket No. 20.

Order – Case Dismissed                                                    - 1 -